

# NUMBER 13-25-00188-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ANTHONY L. SHERIDAN,        **Appellant,**

**v.**

JOHN HOBERMAN, SUSAN HOBERMAN,
AND ALMAGEN, LLC,        **Appellees.**

## ON APPEAL FROM THE 345TH DISTRICT COURT
## OF TRAVIS COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on its own motion.[1] Upon review of the clerk's

record, on July 24, 2025, the Clerk of the Court notified appellant that it appears the order

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. §73.001.

he is attempting to appeal is not a final, appealable order. Appellant was further notified that if the defect was not cured within ten days from the date of the notice, the appeal shall be dismissed. *See* TEX. R. APP. P. 42.3. Appellant has not responded to the notice. Accordingly, we now dismiss for want of prosecution.

Having considered the documents on file, appellant's failure to correct the jurisdictional defect, and appellant's failure to otherwise respond to the notice from the Clerk of the Court requiring a response or other action within the time specified, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
21st day of August, 2025.

2